**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-30424 |
| Plaintiff - Appellee, | D.C. No. CR-06-00021-FVS |
| v. |  |
| CESAR SOLANO-HERNANDEZ, | MEMORANDUM [*] |
| Defendant - Appellant. |  |

Appeal from the United States District Court
for the Eastern District of Washington
Fred L. Van Sickle, District Judge, Presiding

Submitted December 15, 2009 [**]

Before:    GOODWIN, WALLACE, and FISHER, Circuit Judges.

Cesar Solano-Hernandez appeals from the 135-month sentence imposed

following his guilty-plea conviction for distribution of 50 grams or more of actual

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

SZ/Research

methamphetamine, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Solano-Hernandez contends that the district court abused its discretion when it failed to grant his request for a downward departure, pursuant to U.S.S.G. § 4A1.3(b), based on his argument that his Criminal History Category overrepresented his prior convictions. We review the overall sentence for reasonableness. *See United States v. Dallman*, 533 F.3d 755, 761 (9th Cir. 2008). In light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, the sentence is reasonable. *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc).

**AFFIRMED.**